UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIM DUNLEA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIFFUSION PHARMACEUTICALS INC., ROBERT COBUZZI, JR., JANE H. HOLLINGSWORTH, ALAN LEVIN, ROBERT ADAMS, MARK T. GILES, and DIANE LANCHONEY,<br><br>    Defendants. | Case No.: 1:23-cv-04043-PGG<br><br>**STIPULATION FOR DISMISSAL**<br><br>Judge: Hon. Paul G. Gardephe |

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(a)(ii) that this action be Dismissed, without prejudice, and without costs. As per FRCP 41(a)(1)(a)(ii), Dismissal of this Action is effective upon filing of this notice.

Dated this 22nd day of August 2023.

**BRODSKY & SMITH**

*/s/ Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY 11501
Phone: (516) 741-4977
Facsimile (516) 741-0626
*Counsel for Plaintiff*

**DECHERT LLP**

*/s/ Neil A. Steiner*
Neil A. Steiner
Ryan Nicholas Strong
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 891-9418
Facsimile: (212) 891-9598
*Counsel for Defendants*